56 N.J. 99 (1970)
265 A.2d 149
LEO CENNO, PLAINTIFF,
v.
WEST VIRGINIA PAPER & PULP CO., ET AL., DEFENDANTS-THIRD-PARTY-PLAINTIFFS-PETITIONERS,
v.
AMERICAN POLICYHOLDERS' INSURANCE COMPANY, ET AL., THIRD-PARTY-DEFENDANTS-RESPONDENTS.
The Supreme Court of New Jersey.
April 28, 1970.
Messrs. Galvin, French & McLaughlin for the petitioners.
Messrs. Brause, Callaghan & Coyle for the respondents.
Denied.